UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| vs. | § § | Criminal No. **4:25-cr-0063** |
| **NATALIA FLORES** | § § | |
| **Defendant.** | § § § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nicholas J. Ganjei, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **NATALIA FLORES, DOB:00/00/1998,** duly committed to the Sheriff of Harris County Jail, 701 N. San Jacinto Street, Houston, Texas 77002, is a defendant in the above-captioned case which will be called for the purpose of an initial appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 7th day of March, 2025, at 2:00 P.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Harris County Jail, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Harris County Jail, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 7th day of March, 2025, so that he may be present in this cause at that time.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    United States Attorney

By: *Kimberly Ann Leo*
    KIMBERLY ANN LEO
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 567-9000 Phone
    (713) 718-3300 Fax