UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:25−cr−00063

Natalia Flores
Deatric Wiltz
Christopher Hutchins
Cedrick Fisher
Salathien Lilly

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/16/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   March 6, 2026

Nathan Ochsner, Clerk